## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

THOMAS STONE  PLAINTIFF
ADC #90693

v.  NO: 5:16CV00112 JLH/PSH

SHERION PENISTER  DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT defendant Sherion Penister's motion to dismiss (Doc. No. 9) is DENIED.

DATED this 1st day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE