IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THOMAS STONE, ADC #090693**                                                 **PLAINTIFF**

v.                       **No: 5:16-cv-00112 JLH-PSH**

**SHERION PENISTER**                                                                          **DEFENDANT**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED:

1. Penister's motion for summary judgment (Doc. No. 26) is GRANTED, and Stone's claims against her are DISMISSED WITH PREJUDICE.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 26th day of January, 2018.

                                                                       _____
                                                                       J. LEON HOLMES
                                                                       UNITED STATES DISTRICT JUDGE