IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THOMAS STONE, ADC #090693**                                            **PLAINTIFF**

**v.**                    **No: 5:16-cv-00112 JLH-PSH**

**SHERION PENISTER**                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 26th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE